```
_____ FILED       _____ ENTERED
_____ LODGED      _____ RECEIVED

        MAR 29 2011         DJ

           AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
```

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| TYLER ZANDERS ET AL., | Cause #: 2:11-CV-00494 |
| --- | --- |
| Plaintiff/Petitioner | |
| VS. | Declaration of Service of: |
| AMAZON.COM, INC | SUMMONS: COMPLAINT-CLASS ACTION: |
| Defendant/Respondent | |
| | Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Mar 25 2011 9:23AM at the address of 300 DESCHUTES WY SW STE 304 TUMWATER, within the County of THURSTON, State of WASHINGTON, the declarant duly served the above described documents upon AMAZON.COM, INC by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with CAROLINE LITTLE AGENT FOR CORPORATION SERVICE COMPANY, REG. AGENT FOR CORP..

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: March 28, 2011 at Olympia, WA

by _____
    S. Treiber    PSR2009-0311-06

Service Fee Total: $ 86.00



11-CV-00494-PRO

ORIGINAL
?OOF OF SERVICE

Page 1 of 1

NONE GIVEN
Meyers, Tersigni, Feldman & Gray, LLP
601 Union St, #4200
Seattle, WA   98104
206 652-3525

AO-WAWD 440 (Rev. 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

TYLER ZANDERS, et al )
_____ )
       *Plaintiff* )
     v. ) Civil Action No. C11-494 MAT
AMAZON.COM, INC. )
_____ )
       *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMAZON.COM, INC.

       Registered Agent: Corporation Service Company
                300 Deschutes Way SW, Ste 304
                Tumwater, WA 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrea Tersigni
                 Meyers Tersigni Feldman & Gray LLP
                 Two Union Square
                 601 Union Street, Suite 4200
                 Seattle, WA 98101-2380

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/22/2011               _____
                             *Signature*      *Clerk*