1

The Honorable Robert S. Lasnik

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10   TYLER ZANDERS, KAYE HORINEK, and
ROBERT NICHOLS on behalf of themselves
and all others similarly situated,

No. C11-00494-RSL

11

Plaintiffs,

REPLY IN SUPPORT OF MOTION TO
VACATE INITIAL SCHEDULING
DATES AND STAY DISCOVERY

12      v.

13   AMAZON.COM, INC.,

**NOTE ON MOTION CALENDAR:
April 29, 2011**

Defendant.

14

15          In light of this Courts' April 27 ruling on Amazon's similar motion to vacate initial

16   scheduling dates and stay discovery in the related case *Del Vecchio et al. v. Amazon.com, Inc.*

17   (No. C11-00366-RSL), Amazon on April 28 participated in a joint Rule 26(f) conference with

18   counsel for plaintiffs in the instant case and plaintiffs in *Del Vecchio*.  The parties in this case

19   intend to exchange initial disclosures and submit a joint status report pursuant to the Initial

20   Scheduling Order issued by Magistrate Judge Theiler on April 5 (Dkt. # 12).  These actions

21   effectively moot Amazon's motion.  Amazon respectfully requests leave to renew its request

22   to stay discovery or to move for a protective order after filing its motion to dismiss if the

23   plaintiffs propound discovery requests.

24

25

26

REPLY IN SUPPORT OF MOTION TO
VACATE INITIAL SCHEDULING DATES
AND STAY DISCOVERY - 1
No. C11-00494 RSL
K:\2040741\00273\20361_DHR\20361P22LR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1        Respectfully submitted this 29th day of April, 2011.

2
                                                /s/ Daniel H. Royalty
3                                               David A. Bateman, WSBA #14262
                                                Daniel H. Royalty, WSBA #31504
4                                               Samuel R. Castic, WSBA #39301
                                                K&L GATES LLP
5                                               925 Fourth Ave., Suite 2900
                                                Seattle, WA 98104-1158
6                                               Tel: (206) 623-7580
                                                Fax: (206) 370-6013
7                                               dan.royalty@klgates.com
                                                Attorneys for Defendant Amazon.com, Inc.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REPLY IN SUPPORT OF MOTION TO
VACATE INITIAL SCHEDULING DATES
AND STAY DISCOVERY - 2
No. C11-00494 RSL
K:\2040741\00273\20361_DHR\20361P22LR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2011, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to all counsel

of record.

/s/ Daniel H. Royalty
Daniel H. Royalty, WSBA #31504
K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Tel: (206) 623-7580
Fax: (206) 370-6013
dan.royalty@klgates.com
Attorneys for Defendant Amazon.com, Inc.

REPLY IN SUPPORT OF MOTION TO
VACATE INITIAL SCHEDULING DATES
AND STAY DISCOVERY - 3
No. C11-00494 RSL
K:\2040741\00273\20361_DHR\20361P22LR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022