UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TYLER ZANDERS, *et al.*,

    Plaintiffs,

  v.

AMAZON.COM,

    Defendant.

Case No. C11-0494RSL

ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. This case and a related case, <u>Del Vecchio et al. v. Amazon.com</u>, Case No. C11-0366RSL (W.D. Wash. 2011), present similar issues of law and fact. In addition, it appears that the interests of judicial economy will be served by consolidation.

    Accordingly, the parties are ordered to show cause, by June 3, 2011, why the two cases should not be consolidated into this case. The Clerk of the Court is directed to place this order to show cause on the Court's calendar for June 3, 2011.

    DATED this 18th day of May, 2011.

                                /s/ Robert S. Lasnik
                                Robert S. Lasnik
                                United States District Judge

ORDER TO SHOW CAUSE